UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 15-cv-21569-UNGARO/OTAZO-REYES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE AND CASUALTY COMPANY,
    Plaintiffs,

vs.

ANGEL AMADO LAZO, M.D., ROBERTO
CARLOS GUTIERREZ, YAUL FERNANDEZ,
LIZBET GOMEZ, MEDICAL PAIN SOLUTION,
INC., and RG MEDICAL CENTER, INC.

    Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY (collectively, "Plaintiffs"), and Defendants, ANGEL AMADO LAZO, M.D., ROBERTO CARLOS GUTIERREZ, YAUL FERNANDEZ, LIZBET GOMEZ, MEDICAL PAIN SOLUTION, INC., and RG MEDICAL CENTER, INC. (collectively, "Defendants"), have reached an amicable settlement of their dispute and have therefore stipulated and agreed that the claims asserted in this action by the Plaintiffs against the Defendants and which are referenced on the Exhibits to the Complaint shall be dismissed with prejudice, and that the parties shall bear their own costs and attorney's fees. Except with regard to the matters which are the subject of this stipulation, the parties expressly acknowledge and agree that this stipulation has no effect on any other claims or causes of action which any party may have or assert in the future pursue.

It is further stipulated that the Court shall retain continuing jurisdiction over this action to

enforce the terms of the parties' settlement agreement.

So stipulated this 4th day of January 2016.

<table>
<tr><td>

s/ Brian J. Stack
Brian J. Stack
Fla. Bar No. 476234
Email: bstack@stackfernandez.com
Sammy Epelbaum
Fla. Bar No. 0031524
Email: sepelbaum@stackfernandez.com
**STACK FERNANDEZ ANDERSON**
 **& HARRIS, P.A.**
1001 Brickell Bay Drive
Suite 2650
Miami, Florida  33131
Tel. 305.371.0001
Fax. 305.371.0002

David I. Spector
Fla. Bar No. 86540
Email: david.spector@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, Florida  33401
Tel. 561.653.5000
Fax. 561.659.6313

*Attorneys for Plaintiffs, State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company*

</td><td>

s/ Carlos Cruanes
Carlos Cruanes, Esq.
Fla Bar No. 121940
Email:  ccruanes@cruaneslaw.com
**LAW OFFICES OF CARLOS CRUANES, P.A.**
1000 N.W. 57th Court, Suite 400
Miami, Florida 33126
Tel.:  786.378.8189
Fax:  305.631.1816

*Attorney for Defendants, Angel Lazo, Roberto Carlos Gutierrez, Yaul Fernandez, Lizbet Gomez, Medical Pain Solution, Inc., and RG Medical Center, Inc.*

</td></tr>
</table>

**Exhibit "A"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 15-cv-21569-UNGARO/OTAZO-REYES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE AND CASUALTY COMPANY,
    Plaintiffs,

vs.

ANGEL AMADO LAZO, M.D., ROBERTO
CARLOS GUTIERREZ, YAUL FERNANDEZ,
LIZBET GOMEZ, MEDICAL PAIN SOLUTION,
INC., and RG MEDICAL CENTER, INC.

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came on before the Court on the Stipulation for Dismissal with Prejudice [ECF No. 66] filed on December 22, 2015, notifying the Court that the parties have settled the claims raised in this action and stipulating to its dismissal. Being fully advised, it is:

**ORDERED AND ADJUDGED** as follows:

1. This action is dismissed with prejudice.

2. The parties shall bear their own costs and attorney's fees.

3. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

**DONE and ORDERED** in Chambers at Miami, Florida this ___ day of January, 2016.

                                  _____
                                  URSULA UNGARO
                                  UNITED STATES DISTRICT JUDGE

cc: Counsel of record